FILED
CLERK U.S. DISTRICT COURT
JUL - 1 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LAQUAN CARDELL FULTON, <br><br> Defendant. | Case No.: CR 10-664-VAP <br><br> ORDER OF DETENTION <br><br> [Fed. R. Cim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _multiple failures to report for mental health treatment, substance abuse treatment and drug testing; indications of paranoid thinking/mental health issues_

and/or

1  B.      ( ) The defendant has not met his/her burden of establishing by clear and
2          convincing evidence that he/she is not likely to pose a danger to the safety of any
3          other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
4          finding is based on: _____
5          _____
6          _____
7          _____

8

9          IT IS THEREFORE ORDERED that the defendant be detained pending the further
10 revocation proceedings.

11
12 Dated: 7/1/2016                                    *Alicia G. Rosenberg*
                                                      ALICIA G. ROSENBERG
13                                                    United States Magistrate Judge